**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Luis Fernando SALAS–RIVERA,
Defendant–Appellee.**

No. 10–50595.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 11, 2012.

Filed April 19, 2012.

Bruce R. Castetter, Matthew John Gardner, John B. Owens, Mark R. Rehe, Assistant U.S., Thomas C. Stahl, Chief Counsel, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellant.

Devin Burstein, Assistant Federal Public Defender, Shereen Joy Charlick, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellee.

Before: FERNANDEZ and SILVERMAN, Circuit Judges, and BLOCK, Senior District Judge.*

MEMORANDUM **

The government appeals the district court's grant of a new trial in this case. Fed.R.Crim.P. 33(a) allows the district court to grant a new trial "if the interest of

justice so requires." We review the district court's grant of new trial for an abuse of discretion. *United States v. Kellington,* 217 F.3d 1084, 1094–95 (9th Cir.2000). We affirm the grant of a new trial because the district court acted within its discretion in concluding that the expert testimony was unduly prejudicial under Fed.R.Evid. 403 and likely resulted in a miscarriage of justice.

AFFIRMED.

---

* The Honorable Frederic Block, Senior United States District Judge for the Eastern New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.